IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ADBIAZIZ MUKTAR SHEK, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-206-KC |
| MARY DE ANDA-YBARRA et al., | § § § | |
| Respondents. | § § | |

## ORDER

On this day, the Court considered Adbiaziz Muktar Shek's Petition for a Writ of Habeas Corpus, ECF No. 1. Shek is detained at the ERO El Paso Camp East Montana detention center in El Paso, Texas. *Id.* ¶ 8. He argues that his detention is unlawful and asks the Court to order his release or a bond hearing. *Id.* ¶¶ 9–10, 98 -64.

Shek is a citizen of Ethiopia who entered the United States on January 1, 2025, on a B1/B2 Tourist Visa, and his entry was valid until June 30, 2025. *Id.* ¶¶ 1–2; Shek Visa, ECF No. 2-1; I-94, ECF No. 2-2. On March 21, 2025, Shek married a U.S. Citizen. Pet. ¶ 3. He has two applications pending with U.S. Citizenship and Immigration Services ("USCIS"): Form I-130 Petition for Alien Relative and Form I-485 Application for Adjustment of Status. *Id.* ¶ 4. While his applications for relief remained pending, Shek overstayed his Visa. In January 2026, Shek was apprehended and detained by Immigration and Customs Enforcement ("ICE") "during at-large operations in Minnesota." *Id.* ¶¶ 7, 63. On January 27, 2026, an Immigration Judge ("IJ") denied Shek a bond stating he had "[n]o jurisdiction" because a "[Notice to Appear] has not been issued and served on [Shek]." IJ Order, ECF No. 2-6.

Respondents have now filed a Response, ECF No. 6.  Respondents state that "[t]here is no dispute that [Shek] is entitled to a bond hearing before an immigration judge under 8 U.S.C. § 1226(a)." *Id.* at 1.  And that because an NTA has now been served, "the pending bond motion will be reviewed and adjudicated in the regular course of business" by the immigration court.  *Id.* ¶¶ 8–9.  If Shek receives an individualized custody determination by the immigration court, that will moot this Petition

Accordingly, the Court **ORDERS** that, **on or before February 24, 2026**, Respondents shall **FILE** a status report detailing whether Shek has received a bond hearing; if not, whether he has one scheduled; and if a hearing has not yet been scheduled, then the anticipated timeline.

**SO ORDERED**.

**SIGNED this 14th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE