IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ADBIAZIZ MUKTAR SHEK, | § | |
| Petitioner, | § § § | |
| v. | § | CAUSE NO. EP-26-CV-206-KC |
| MARY DE ANDA-YBARRA et al., | § § § | |
| Respondents. | § | |

### ORDER

On this day, the Court considered the case. Because the parties agreed that Shek was entitled to a bond hearing in his immigration proceedings, the Court ordered Respondents to file a status report detailing whether a bond hearing had been held or scheduled. Feb. 14, 2026, Order, ECF No. 8. The parties now state that Shek has a bond hearing scheduled before the immigration court on March 3, 2026. Shek's Status Report, ECF No. 10; Resp. Status Report, ECF No. 11.

Accordingly, the Court **ORDERS** that, **on or before March 4, 2026**, Respondents shall **FILE** notice informing the Court whether Shek has been released from custody. If Shek has not been released from custody, Respondents shall inform the Court whether the bond hearing was held and shall further inform the Court, in detail, of the reasons for the IJ's decision.

**SO ORDERED**.

**SIGNED this 25th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE