IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ADBIAZIZ MUKTAR SHEK, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-206-KC |
| § | |
| MARY DE ANDA-YBARRA et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered Adbiaziz Muktar Shek's Petition for a Writ of Habeas Corpus, ECF No. 1, asking for his release or a bond hearing.  Because the parties agreed that Shek was entitled to a bond hearing in his immigration proceedings, the Court ordered Respondents to file a status report detailing whether a bond hearing had been held or scheduled. Feb. 14, 2026, Order, ECF No. 8.  The parties stated that a bond hearing was scheduled before the immigration court on March 3, 2026.  Shek's Status Report, ECF No. 10; Resp. Status Report, ECF No. 11.  The Court ordered an update.  Feb. 25, 2026, Order, ECF No. 12.

Respondents now inform the Court that Shek was granted a $3,500 bond.  Advisory, ECF No. 13.  "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot.  *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).

Accordingly, the Petition, ECF No. 1, is **DISMISSED as moot**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 5th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE